UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RYAN LAMBERT** | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL NO. 6:22-CV-397-ADA-DTG |
| **NEW ERA INVESTMENTS LLC,** | § | |
| **Defendant.** | § | |

## **O R D E R**

On January 22, 2024, this Court ordered Plaintiff Ryan Lambert to file proof of service and alleged answer date and to file a status report with a proposed scheduling order, or dismissal papers, within thirty days. Plaintiff filed a certificate of service on February 8, 2024, (ECF No. 10), but it was deficient and the Court ordered Plaintiff to refile it. Plaintiff never refiled it to cure the deficiency. Plaintiff also has never filed a proposed scheduling order or dismissal papers.

As of October 15, 2025, Plaintiff has provided no explanation for the lack of prosecution of this case. Thus, the Court hereby **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this 15th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE